COPY

FILED

2009 MAY 26  PM 4: 07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1   Mark P. Robinson, Bar No. 54426
2   Kevin F. Calcagnie, Bar No. 108994
    Daniel S. Robinson, Bar No. 244245
3   ROBINSON, CALCAGNIE & ROBINSON INC.
    620 Newport Center Drive, 7th Floor
4   Newport Beach, CA 92660
    Tel: (949) 720-1288
5   Fax: (949) 720-1292
6   mrobinson@rcrlaw.net
    kcalcagnie@rcrlaw.net
7   drobinson@rcrlaw.net

8   Scott J. Ferrell, Bar No. 202091
9   Matthew R. Orr, Bar No. 211097
    Julie R. Trotter, Bar No. 209675
10  Scot D. Wilson, Bar No. 223367
    CALL, JENSEN & FERRELL
11  A Professional Corporation
    610 Newport Center Drive, Suite 700
12  Newport Beach, CA 92660
    Tel: (949) 717-3000
13  Fax: (949) 717-3100
14  sferrell@calljensen.com
    morr@calljensen.com
15  jtrotter@calljensen.com
    swilson@calljensen.com
16

17

18              **UNITED STATES DISTRICT COURT**

19             **CENTRAL DISTRICT OF CALIFORNIA**

20

21  NICOLE FORLENZA and SHAIDEN         Case No. **CV09- 3730MMM (SSx)**
    MONROE, individually and on behalf of all
22  others similarly situated,          **CLASS ACTION COMPLAINT**

23              Plaintiffs,

24              vs.

25  DYNAKOR PHARMACAL, LLC, a Utah      **JURY TRIAL DEMANDED**
    limited liability company; THE CARTER-
26  REED COMPANY, LLC, an entity of
    unknown origin; PC MGMT, INC., an
27  entity of unknown origin; BASIC
    RESEARCH, LLC, a Utah limited liability
28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09            - 1 -

1  company n entity of unknown origin;
   JOSEPH BODE, an individual; SHEILA
2  ERICKSON, an individual; WALGREEN
3  COMPANY dba WALGREENS, an Illinois
   corporation; GENERAL NUTRITION
4  CORPORATION, dba GNC, a
   Pennsylvania corporation;
5  DRUGSTORE.COM, a Washington
6  corporation; WESTERN HOLDINGS,
   LLC, a limited liability company of
7  unknown origin; DENNIS GAY, an
   individual; DANIEL B. MOWREY dba
8  AMERICAN PHYTOTHERAPY
   RESEARCH LABORATORY;
9  MITCHELL K. FRIEDLANDER, an
10 individual; and DOE DEFENDANTS 1-
   10, Inclusive,
11
12             Defendants.
13
14
15              **I.    INTRODUCTION**
16      Defendants are defrauding hundreds of thousands of unwary consumers by
17 selling a diet pill ("Akävar") with a simple (and absolutely false) tagline: "Eat all you
18 want and still lose weight.  We couldn't say it in print if it wasn't true."  Defendants
19 also claim that, by using Akävar, consumers will experience "clinically proven weight
20 loss of up to 1603%" without changing eating or exercise habits."
21
22      These claims are absolutely false.  Plaintiffs bring this lawsuit to enjoin these lies
23 and to recover the many millions of dollars generated by Defendants via the false and
24 misleading claims.
25
26              **II.    THE PARTIES**
27      1.    Plaintiffs Nicole Forlenza and Shaiden Monroe are residents of California
28 and have purchased Akävar from Walgreen's or GNC.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

2.     Plaintiffs are informed and believe that defendant DYNAKOR PHARMACAL, LLC ("Dynakor") is a Utah limited liability company doing business in California.

3.     Plaintiffs are informed and believe that THE CARTER-REED COMPANY, LLC ("Carter-Reed") is a limited liability company of unknown origin and doing business in California.

4.     Plaintiffs are informed and believe that PC MGMT, INC. ("PC MGMT") is a corporation of unknown origin and doing business in California.

5.     Plaintiffs are informed and believe that BASIC RESEARCH, LLC ("Basic Research") is a limited liability company of unknown origin and doing business in California.

6.     Plaintiffs are informed and believe that JOSEPH BODE ("Bode") is an individual who owns, operates and controls the operations of the manufacturer of Akävar.

7.     Plaintiffs are informed and believe that SHEILA ERICKSON ("Erickson") is an individual who owns, operates and controls the operations of the manufacturer of Akävar.

8.     Plaintiffs are informed and believe that WALGREEN COMPANY, dba WALGREENS ("Walgreens), an Illinois corporation and doing business in California.

/ / /

/ / /

/ / /

9.     Plaintiffs are informed and believe that GENERAL NUTRITION CORPORATION, dba GNC ("GNC"), is a Pennsylvania corporation operating in California.

10.    Plaintiffs are informed and believe that DRUGSTORE.COM ("Drugstore.com"), is a Washington corporation operating in California.

11.    Plaintiffs are informed and believe that WESTERN HOLDINGS, LLC ("Western Holdings"), is a limited liability company of unknown origin and doing business in California.

12.    Plaintiffs are informed and believe that DENNIS GAY ("Gay") is an individual and an owner and operator of Dynakor and Basic Research.

13.    Plaintiffs are informed and believe that DANIEL B. MOWREY dba AMERICAN PHYTOTHERAPY RESEARCH LABORATORY ("Mowrey") is the director of scientific affairs at Defendant Basic Research, serves as a consultant to Defendant Dynakor, and owns and operates AMERICAN PHYTOTHERAPY RESEARCH LABORATORY, a business organization used by Defendants as an instrumentality of the Defendants to develop, market, endorse and promote products for Defendants Basic Research and Dynakor.

14.    Plaintiffs are informed and believe that MITCHELL K. FRIEDLANDER is an individual who controls and operates Defendants.

15.    Plaintiffs do not know the true names or capacities of the persons or entities sued herein as DOES 1 to 10, inclusive, and therefore sue such Defendants by such fictitious names.  Plaintiffs are informed and believe and thereon allege that each

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                           - 4 -
                              CLASS ACTION COMPLAINT

1   of the DOE Defendants is in some manner legally responsible for the damages suffered
2   by Plaintiffs and the members of the class as alleged herein.  Plaintiffs will amend this
3   complaint to set forth the true names and capacities of these Defendants when they have
4   been ascertained, along with appropriate charging allegations, as may be necessary.

## III.   JURISDICTION AND VENUE

16.   This Court has jurisdiction over all causes of action asserted herein.

17.   Venue is proper in this Court because Plaintiffs purchased Akävar in this
Judicial District and because Defendants received substantial compensation from sales
in this Judicial District.

18.   Defendants and other out-of-state participants can be brought before this
Court pursuant to state and federal law.

## IV.   FACTS

19.   The weight-loss industry is a multi-billion-dollar industry in the United
States. Hundreds of new products appear on the market every year, many of them
claiming to be a quick and easy solution to the weight loss problem. In an effort to
promote real weight loss and to prevent Americans from being defrauded by "miracle
pills."  The U.S. Food and Drug Administration ("FDA") instructs that "[a]ny claims
that you can lose weight effortlessly are false. The only proven way to lose weight is
either to reduce the number of calories you eat or to increase the number of calories you
burn off through exercise.  Most experts recommend combination of both."[1]

---

[1] U.S. Food and Drug Administration, *The Facts About Weight Loss Products and Programs*, FDA/FTC/NAAG Brochure*: 1992. Available at: http://www.cfsan.fda.gov/~dms/wgtloss.html; *See also* Linda Bren, *Losing Weight: Start By Counting Calories*, FDA CONSUMER Jan./Feb. 2002. Available at: http://www.fda.gov/fdac/features/2002/102_fat.html.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                    - 5 -

20.     Akävar is a dietary supplement marketed by Defendant as a weight loss product.   Its key ingredients are yerba maté, caffeine, and green tea.   Attached as Exhibit A hereto are true and correct copies of the false claims.

21.     Akävar claims to be the "fastest, easiest weight loss ever." It purports to allow consumers to "eat all you want and still lose weight." Defendants claim that Akävar makes weight loss "effortless" by "automatically reduc[ing] caloric intake . . . [and] eliminating traditional dieting, calorie counting, strenuous exercise, fad diets, supermarket 'miracle' pills, Japanese wonder diets, rubber suits, belts, creams or anything else you have ever tried before."   However, Akävar is just one of those "miracle pills" it derides.  Defendants attempt to sell Akävar by convincing consumers that they can avoid the only proven and safe weight-loss method recognized by the FDA.

22.     Defendants claim that Akävar "cause[s] easy, automatic, permanent weight loss" all "within a few short weeks." To prove this assertion Defendants claim that a group that used Akävar experienced **1603%** more weight loss over a six-week period than those who did not use their product—and that group never had to exercise or diet. Defendants further claim "thousands of men and women . . . [have] experienced a fantastic and incredible loss of weight without ever dieting" by using Akävar. These false claims mislead consumers to believe that they can achieve the same results.

23.     Defendants assert that Akävar "reduces caloric intake automatically" so that you will never have to "consciously change your diet or exercise habits!" Defendants promise that those who take Akävar can eat what they want because it alters your desire to overeat. Defendants' description of how this results in weight loss is false and misleading to consumers. First, Akävar cannot automatically reduce caloric intake; individuals may reduce the number of calories ingested by choosing to eat less or to eat

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                          - 6 -
CLASS ACTION COMPLAINT

1    healthier foods. No supplement can ever control caloric intake "automatically." Second,
2    even if Akävar could suppress appetite and reduce the number of calories consumed,
3    that decrease would have to be coupled with an increase in physical activity in order to
4    lose weight. Third, even if the stimulants in Akävar increased energy levels (and
5    presumably physical activity), such an increase would be vastly insufficient to produce
6    a 1603% drop in weight. Lastly, any permanent weight loss program includes a long-
7    term change in eating and exercise habits, the very practices Akävar suggests can be
8    avoided. Akävar's claims, therefore, require a number of scientific and logical jumps in
9    order to deliver the advertised results. These claims are absolutely false and misleading.
10
11        24.    Defendants' claims regarding Akävar are false for several reasons,
12   including: (A) permanent weight loss cannot occur "automatically" without a change in
13   caloric intake or increased physical activity; (B) A short term decrease in appetite and
14   increase in energy from ingesting stimulants contained in Akävar does not correspond
15   with the permanent weight loss Defendants promise; and (C) the testing results
16   advertised by Defendants are spurious and of no practical significance because the
17   sample population (twenty-four subjects) tested was insufficient to create a basis upon
18   which to reject the null hypothesis.
19
20        25.    Defendants sell Akävar at about $40.00 per package based on the
21   preceding false claims.  As a result, Defendants have wrongfully made tens of millions
22   of dollars in profits from California consumers.
23
24            **V.    CLASS ACTION ALLEGATIONS**
25        26.    Plaintiffs bring this class action for damages and other monetary relief on
26   behalf of the following class:
27                All persons located within California who
28                purchased Akävar within the last 3 years ("Class").

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

27.    Excluded from the Class are governmental entities, Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, affiliates, legal representatives, employees, co-conspirators, successors, subsidiaries, and assigns.   Also excluded from the Class is any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

28.    **Numerosity**:  The proposed Class is so numerous that individual joinder of all its members is impracticable.  Due to the nature of the trade and commerce involved, however, Plaintiffs believe that the total number of Class members is at least in the tens of thousands and members of the Class are numerous and geographically dispersed across California.   While the exact number and identities of the Class members are unknown at this time, such information can be ascertained through appropriate investigation and discovery.  The disposition of the claims of the Class members in a single class action will provide substantial benefits to all parties and to the Court.

29.    **Common Questions of Law and Fact Predominate**:  There are many questions of law and facts common to the representative Plaintiffs and the Class, and those questions substantially predominate over any questions that may affect individual Class members.  Common questions of fact and law include, but are not limited to, the following:

      a.    Whether Defendants claim or have claimed that Akävar can cause automatic, effortless, and permanent weight loss of 1603% in a short period of time;

      b.    Whether Defendants' claims are accurate;

      c.    Whether Defendants have engaged in unfair, unlawful and/or fraudulent business practices;

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                    - 8 -
CLASS ACTION COMPLAINT

1    f.    Whether Defendants have failed to disclose material facts about
2          products; and

3    g.    Whether Defendants have breached the implied covenant of good
4          faith and fair dealing with Plaintiffs and the Class.

6    30.    **Typicality**: Plaintiffs' claims are typical of the claims of the members of
7    the Class. Plaintiffs and all members of the Class have been similarly affected by
8    Defendants' common course of conduct since the product they bought all lacked the
9    capacity to cause automatic weight loss of 1603%.

11    31.    **Adequacy of Representation**: Plaintiffs will fairly and adequately
12    represent and protect the interests of the Class. Plaintiffs have retained counsel with
13    substantial experience in handling complex class action litigation. Plaintiffs and their
14    counsel are committed to vigorously prosecuting this action on behalf of the Class and
15    have the financial resources to do so. Plaintiffs' lead counsel, Mark Robinson and Scott
16    Ferrell, are two of the nation's premier trial lawyers. Their trial victories have been
17    publicized on CNN, Fox News, MSNBC, and nearly every major California newspaper.
18    They have been profiled by the California Daily Journal as two of California's Top 100
19    Rainmakers and the Most Influential Attorneys in California. Their published opinions
20    include: (1) *Rivera v. Bio Engineered Supplements & Nutrition, Inc.,* 2008 WL
21    4906433 (Nov. 2008); *In Re BCBG,* 163 Cal. App. 4th 1293 (June 2008); (2) *Chalk v.*
22    *T-Mobile USA, Inc,* 2006 WL 2599506, (Sept. 2006); (3) *Wolski v. Fremont Investment*
23    *& Loan,* 127 Cal. App. 4th 347 (2005); (4) *Pollard v. Ericsson,* 125 Cal. App. 4th 214
24    (2004); (5) *Knevelbaard v. Public Storage, Inc.,* 2004 Westlaw 2185849; and (6)
25    *Consumer Cause, Inc. v. Emerging Vision, Inc.,* 2004 Westlaw 717001.

27    32.    **Superiority of a Class Action**: Plaintiffs and the members of the Class
28    suffered, and will continue to suffer, harm as a result of Defendants' unlawful and

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                    - 9 -

1   wrongful conduct. A class action is superior to other available methods for the fair and
2   efficient adjudication of the present controversy. Individual joinder of all members of
3   the class is impractical. Even if individual class members had the resources to pursue
4   individual litigation, it would be unduly burdensome to the courts in which the
5   individual litigation would proceed. Individual litigation magnifies the delay and
6   expense to all parties in the court system of resolving the controversies engendered by
7   Defendants' common course of conduct. The class action device allows a single court
8   to provide the benefits of unitary adjudication, judicial economy, and the fair and
9   efficient handling of all class members' claims in a single forum. The conduct of this
10  action as a class action conserves the resources of the parties and of the judicial system
11  and protects the rights of the class member. Furthermore, for many, if not most, a class
12  action is the only feasible mechanism that allows therein an opportunity for legal
13  redress and justice.

14

15      33.    Adjudication of individual class members' claims with respect to the
16  Defendants would, as a practical matter, be dispositive of the interests of other members
17  not parties to the adjudication, and could substantially impair or impede the ability of
18  other class members to protect their interests.

19

20                          **CAUSES OF ACTION**
21                        **FIRST CAUSE OF ACTION**
22         **VIOLATION OF CALIFORNIA LEGAL REMEDIES ACT**
23                          **(On behalf of Class)**
24      34.    Plaintiffs incorporate by this reference the preceding allegations as if fully
25  set forth herein and, to the extent necessary, plead this cause of action in the alternative.
26  ///
27  ///
28  ///

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                    - 10 -

35.   Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

36.   This cause of action is brought on behalf of all people of the State of California in accordance with the provisions of the California Legal Remedies Act (California Civil Code section 1770).  Class members have lost money or property as a result of Defendants' actions as set forth herein.

37.   Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of violation of the California Legal Remedies Act since Defendants are still representing that their products have characteristics and abilities which are false and misleading.

38.   Defendants' wrongful business practices have caused injury to Plaintiffs and the Class.

39.   Pursuant to section 1770 of the California Civil Code, Plaintiffs and the Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those set forth in the complaint.  Plaintiffs and the Class seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Class.  Plaintiffs and the Class also seek Punitive damages since Defendants were put on notice of its violation of the California Legal Remedies Act and took no remedial actions.

/ / /

/ / /

/ / /

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

## SECOND CAUSE OF ACTION

### UNJUST ENRICHMENT

### (On behalf of Class)

40.     Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

41.     Through the conduct described herein, Defendants have received money belonging to Plaintiffs and the Class through the sale of its supplement Akävar.

42.     Defendants have reaped substantial profit by misrepresenting and/or concealing the facts regarding their product that purportedly causes automatic, permanent, and significant weight loss of 1603% without any effort in just a few weeks. Ultimately, this has resulted in Defendants' wrongful receipt of profits and injury to Plaintiffs and the Class.  Defendants have benefited from the receipt of such money that they would not have received but for their misrepresentation and/or concealment.

43.     As a direct and proximate result of Defendants' misconduct as set forth herein, Defendants have been unjustly enriched.

44.     Under principles of equity and good conscience, Defendants should not be permitted to keep the money belonging to Plaintiffs and the Class which Defendants have unjustly received as a result of their actions.

## THIRD CAUSE OF ACTION

### FRAUD

### (On behalf of Class)

45.     Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                    - 12 -

CLASS ACTION COMPLAINT

46.     As alleged herein, Plaintiffs are informed and believe and thereon allege that Defendants have made at least the following uniform material misrepresentations to Plaintiffs and the Class:

        a.     Defendants claim Akävar can cause automatic, effortless, and permanent weight loss of up to 1603%, when in fact the product can **do no such thing**.

47.     Plaintiffs are informed and believe and thereon allege, that in doing the things alleged above, Defendants acted fraudulently and deceitfully with knowledge that Plaintiffs and the Class would rely on their actions and omissions.  Defendants made the aforesaid material representations and/or concealed material facts to induce Plaintiffs and the Class to act in reliance on the misrepresentations and statements.

48.     Plaintiffs and the Class at all times are presumed to have reasonably and justifiably relied both directly and indirectly on the actions and representations of Defendants.

49.     As a direct and proximate result of Defendants' fraud, Plaintiffs and the Class have suffered actual damages in an amount not presently known, but which will be shown by proof at time of trial, including incidental and consequential damages, interest, and reasonable attorneys' fees.

50.     Plaintiffs are informed and believe and thereon allege that Defendants undertook the aforesaid illegal acts intentionally or with conscious disregard of the rights of Plaintiffs and the Class, and did so with fraud, oppression, and malice. Therefore, Plaintiffs and the Class are also entitled to punitive damages against Defendants in an amount that will be shown by proof at trial.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

# FOURTH CAUSE OF ACTION
## VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS
## CODE SECTIONS 17200 ET SEQ.
### (On behalf of Class)

51.     Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

52.     Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

53.     Defendants' actions as alleged in this complaint constitute an unfair or deceptive business practice within the meaning of California Business and Professions Code section 17200 in that Defendants' actions are unfair, unlawful, and fraudulent, and because Defendants have made unfair, deceptive, untrue or misleading statements in advertising media, including the Internet, within the meaning of California Business and Professions Code sections 17500, et seq.

54.     Defendants' business practices, as alleged herein, are unfair because they offend established public policy and/or are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to consumers in that consumers are potentially mislead by the claim that Akävar results in automatic, permanent, and effortless weight loss of 1603%.

55.     Defendants' business practices as alleged herein are unlawful because the conduct constitutes false marketing and advertising and other causes of action alleged herein.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

56.   Defendants' business practices as alleged herein are fraudulent because they are likely to deceive customers into believing that Akävar can cause automatic, permanent, and significant weight loss with little effort when in fact it can do no such thing.

57.   Defendants' wrongful business practices constituted, and constitute, a continuing course of conduct of unfair competition since Defendants are marketing and selling their products in a manner likely to deceive the public.

58.   Defendants' wrongful business practices have caused injury to Plaintiffs and the Class.

59.   Pursuant to section 17203 of the California Business and Professions Code, Plaintiffs and the Class seek an order of this court enjoining Defendants from continuing to engage in unlawful, unfair, or deceptive business practices and any other act prohibited by law, including those set forth in the complaint.  Plaintiffs and the Class also seek an order requiring Defendants to make full restitution of all moneys it wrongfully obtained from Plaintiffs and the Class.

## FIFTH CAUSE OF ACTION
## BREACH OF WARRANTY
### (On behalf of Class)

60.   Plaintiffs incorporate by this reference the preceding allegations as if fully set forth herein and, to the extent necessary, plead this cause of action in the alternative.

61.   Plaintiffs have standing to pursue this claim as Plaintiffs have suffered injury in fact and have lost money or property as a result of Defendants' actions as set forth herein.

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                - 15 -

CLASS ACTION COMPLAINT

62.     Defendants have made an express affirmation of fact-that Akävar can cause a 1603% reduction in weight without having to alter caloric intake or physical exercise. This affirmation in false.

63.     Plaintiffs' relied on Defendants' false affirmation.

64.     Defendants' false express affirmation has caused injury to Plaintiffs and the Class.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiffs and members of the Class request that the Court enter an order or judgment against Defendants as follows:

1.      Certification of the proposed classes and notice thereto to be paid by Defendants;

2.      Adjudge and decree that Defendants have engaged in the conduct alleged herein;

3.      For restitution and disgorgement on certain causes of action;

4.      For an injunction ordering Defendants to cease and desist from engaging in the unfair, unlawful, and/or fraudulent practices alleged in the Complaint;

5.      For compensatory and general damages according to proof on certain causes of action;

6.      For both pre and post-judgment interest at the maximum allowable rate on any amounts awarded;

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09               - 16 -
CLASS ACTION COMPLAINT

7.    Costs of the proceedings herein;

8.    Reasonable attorneys' fees as allowed by statute; and

9.    Any and all such other and further relief that this Court may deem just and proper, including but not limited to punitive damages.

Dated: May 26, 2009

CALL, JENSEN & FERRELL
A Professional Corporation
Scott J. Ferrell
Matthew R. Orr
Julie R. Trotter
Scot D. Wilson

By: _____
Scott J. Ferrell

Attorneys for Plaintiffs and the Class

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09          - 17 -
CLASS ACTION COMPLAINT

1

## DEMAND FOR JURY TRIAL

2       Pursuant to Federal Rule of Civil procedure Section 38(b), Plaintiff and the Class

3  demand a trial by jury on all issues so triable.

4
Dated:  May 26, 2009                    CALL, JENSEN & FERRELL
5                                        A Professional Corporation
                                         Scott J. Ferrell
6                                        Matthew R. Orr
                                         Julie R. Trotter
7                                        Scot D. Wilson

8

9                                        By:_____
                                              Scott J. Ferrell
10                                       Attorneys for Plaintiffs and the Class

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

AKA01-01:503448_1.DOC:5-26-09                    - 18 -

# The European Weightloss Breakthrough

**A SLIMMING GEL THAT REALLY WORKS?**



It might sound too good to be true, but no less than the famed *Washington Post* dubbed Akävar Slimming Gel's functional compound "The Dream Cream." Slimming Gel's remarkable topical formula permits you to reduce the appearance of bulging pockets of unsightly fat wherever they appear... including around your behind. Got "saddlebags"? Wobbly thighs? Use Slimming Gel to slim down the appearance of bulges where you don't want them and accentuate the sexy curves where you do want them. Wherever you've got those unsightly lumps and bumps, there's nothing better for bulges than topically applied Slimming Gel... "The Dream Cream."

**next**

**EUROPEAN "MIRACLE" PILL CHANGING CONCEPT OF "DIETING" IN USA**

Can't lose weight... Here's why. Open up a box of diet pills... what's the first thing you see? Some complicated diet plan... telling you what to eat, when to eat and how much to eat... no wonder you can't lose weight. If you could follow the complicated diet plan you wouldn't be overweight in the first place. That's why Akävar is different. There are no diet plans to follow, no special foods to buy. Take 2 Akävar capsules before main meals and you lose weight... that's it! 2 capsules before main meals and you lose weight... and frankly, if you can't remember to do that... you don't deserve to be thin. **next**



🐝 BUY Akävar Slimming Gel                                    🐝 BUY Akävar Weightloss

Wholesale Inquiries: (800) 506-7498.

Note: While the published clinical trial using the active Akävar-20/50 compound resulted in significant weight loss WITHOUT diet and exercise, adding a sensible diet and exercise program to your weight-loss regimen should only enhance Akävar-20/50's incredible weight-loss power. All trademarks are the property of their respective owners. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.
©2009 All Rights Reserved. | Contact Us

## AKĀVAR®-20/50  EUROPEAN WEIGHT-LOSS BREAKTHROUGH

### Fact not marketing fantasy.

In a groundbreaking, 45 day well-controlled, double-blind, published peer-reviewed clinical trial doctors divided 46 overweight patients into two groups (a placebo [sugar pill] group, and an active [Akavar] group). Both groups were specifically told not to change their normal eating habits or exercise routine. That's right, each and every study participant was told not to change their normal eating habits or exercise routine.

At the conclusion of the study the data was independently reviewed and verified. The results: In the group that took the active Akävar compound, 23 out of 24 people lost a substantial amount of weight. That's right... significant weight loss without "dieting," without calorie counting, without doing anything other than remembering to take their easy-to-swallow Akävar capsules 15 minutes before their main meals. But there's more! Not one of the subjects who continued taking the active Akävar-20/50 weight-loss compound for a period of one full year (in an uncontrolled, "real life" setting) experienced rebound weight gain. Not one! In other words, Akävar-20/50 caused easy, automatic weight loss without calorie counting and without diet rebound... simply through its remarkable ability to automatically reduce food intake below previous levels.



*60 capsule supply*
*$39.99*

### FACT:

AKĀVAR®-20/50 literally causes excess fat to be pulled from bulging parts of your body!

"As AKĀVAR®- 20/50 restricts caloric intake to below your daily caloric requirement, you literally pull excess fat from all over your body, including your waist, hips, thighs and buttocks (the body's natural fat storage sites)... leaving your body thinner, trimmer and sexier than you ever thought possible.

### FACT:

Clinical trial shows success

That's right. While no diet pill can possibly work for everyone (that's why there's a money-back guarantee), the peer-reviewed clinical trial revealed that virtually everyone in the study who used Akävar-20/50's active compound (23 out of 24 participants, to be exact) lost a significant amount of weight.

### FACT:

The secret is the formula

Akävar-20/50 is the only weight-loss compound that works automatically. There is absolutely no need to count calories, no need to consciously lower your caloric intake, no need for expensive, pre-measured meals... and no need to give up your favorite foods! Why? Because Akävar-20/50 reduces caloric intake... automatically.

### 100% MONEY-BACK GUARANTEE!!

As with all our fine formulations, Akävar-20/50 is covered by our No-Nonsense Money-Back Guarantee. Our guarantee contains no fine print or misleading terms. Simply stated, if you use Akävar-20/50 and do not see the substantial weight loss you would have (until now) thought impossible, just return the empty container within 30 days (we would like you to use all of this fine formulation) for a full, prompt refund (including shipping and handling). Again, let us restate: If for any reason you are not totally satisfied with Akävar-20/50, it will cost you absolutely nothing.

Wholesale Inquiries: (800) 506-7498.

Note: While the published clinical trial using the active Akävar-20/50 compound resulted in significant weight loss WITHOUT diet and exercise, adding a sensible diet and exercise program to your weight-loss regimen should only enhance Akävar-20/50's incredible weight-loss power. All trademarks are the property of their respective owners. These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. ©2009 All Rights Reserved. | Contact Us

# AKÁVAR™ 20/50

**New!**
European Weight-Loss Breakthrough*

**New!**
European Weight-Loss Breakthrough*

# AKÁVAR™ 20/50

**Peel Here**

## EAT ALL YOU WANT & STILL LOSE WEIGHT...
*(And we couldn't say it in print if it wasn't true!)*

Fastest, Easiest
Weight Loss Ever



## DYNAKOR

### FACT: A Major Medical Breakthrough*

A major medical breakthrough has shattered the weight-loss barrier and a new generation of fast-acting caloric restrictors has been born... Akavar-20/50.*

Akavar-20/50 is an entirely new generation of powerful, foolproof, bio-active weight-loss compounds that automatically reduce caloric intake... eliminating traditional dieting, calorie counting, strenuous exercise, fad diets, supermarket "miracle" pills, Japanese worry beads, rubber suits, belts, creams or anything else you have ever tried before.*

### FACT: Tests Prove Success*

It's right. While no diet pill can possibly work for everybody, it's why there's a money-back guarantee, scientific documentation has confirmed that virtually everyone in the study who used Akavar-20/50 active compound (23 of 24 participants to be exact) lost weight. That's 95% of the subjects in the tested and documented clinical... renowned clinical medical compound is tested by both its scientific and patients. And while the pills took the active, patented Akavar-20/50 compound they lost more weight. That's right, 23 of 24 people lost weight. It works!

(continued on box...)

## Supplement Facts
Serving Size: 2 capsules
Servings Per Container: 30

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin B6 | 25 mg | 1,250% |
| Methylxanthine (i.e. caffeine) | | |
| Magnesium (as oxide) | 100 mg | 25% |
| Akavar-20/50 proprietary blend containing: | 1,140 mg | † |
| Yerba Maté (leaf) SE | | |
| Guarana (seed) SE | | |
| Damiana Red (leaf) SE | | |
| Green Tea (leaf) SE | | |
| Kola Nut SE | | |
| Ginger (root) | | |
| Schizandra (fruit) | | |
| Scutellaria (root) SE | | |
| Tibetan ginseng (root) SE | | |
| Cocoa nut SE | | |
| Vitex (fruit) | | |
| Hesperidin complex (herb) SE | | |

† Percent Daily Values are based on a 2,000 calorie diet.
‡ Daily Value not established

Other Ingredients: May include: Rice flour, Magnesium Stearate, Cellulose, Silicon Dioxide, FD&C Red #40, FD&C Yellow #6, Titanium Dioxide, Gelatin.

This product is manufactured to be without any incompatible including volatiles.

Manufactured under GMP.

**Dynakor Pharmacal LLC**
Salt Lake City, UT 04116
1-800-898-5153

Protected by U.S. Patent #5,945,107

Manufactured in the U.S.A.

www.Akavar2050.com

**Akavar-20/50 Directions:** Take 2 capsules with a full glass of water 15 minutes before main meals. Do not exceed 4 capsules per day.

Product recalls allowed only through authorized representatives. Unauthorized distribution and automated without prior written approval.

**NOTE:** For persons sensitive to the effects of xanthines (i.e., caffeine and caffeine-like stimulants), start by taking only 1 capsule and do not exceed a total of 2 capsules per day. Limit the use of caffeine-containing medications, foods or beverages while taking this product because too much caffeine may cause nervousness, irritability, sleeplessness and occasionally, rapid heart beat. For additional information on these or any other Dynakor Pharmacal® product, please call our experienced customer service representatives at 1-800-898-5153.

**WARNING:** This product contains a significant proton xanthine (i.e., caffeine and caffeine-like stimulants) mixture of about 195 mg per regular 2-cup serving. Consult your physician before use if you are sensitive to stimulants. Do not exceed suggested daily serving.

Not for use by individuals under the age of 18.

Do not use if pregnant or nursing.

Keep out of reach of children.

If you or your health-care provider have any questions regarding this product, please call 1-800-898-5153.

Use only as directed. Store in a controlled room temperature 59°-86°F.

These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.



# Frequently Asked Questions

**What is Akävar -20/50?**
Akävar-20/50 is a revolutionary breakthrough in weight loss: Automatic Caloric Restriction. This new generation of caloric restrictors means that you don't have to "diet" to get the results you want... Akävar-20/50 will produce an extraordinary, unparalleled loss of body weight automatically!

**How does Akävar -20/50 work?**
Akävar-20/50 is a completely new approach to effortless weight control. The unique, proprietary Akävar-20/50 formula utilizes a new approach... a clinically proven, ephedra-free weight-loss compound proven to cause significant weight loss – even without consciously changing your diet or exercise habits! Akävar-20/50 reduces caloric intake automatically. But that's not all: Akävar-20/50's proven "automatic weight-loss" compound is combined with a proprietary, potent xanthine mixture (xanthines are caffeine and caffeine-like stimulants) to provide the energy you need to get you through your busy day... and night!

**How do you take Akävar -20/50?**
Take two capsules with a full glass of water, 15 minutes before main meals. Do not exceed four capsules per day.

**Is Akävar -20/50 an appetite suppressant?**
Akävar-20/50 reduces caloric intake automatically. Researchers believe it has an effect on ghrelin (GRAY-lin), the so-called "hunger hormone." So you reduce your caloric intake automatically, without consciously "dieting."

**Are there any studies on Akävar -20/50?**
The study on the active weight-loss compound in Akävar-20/50 was published in the *Journal of Human Nutrition and Dietetics*. The study on the energy component in Akävar-20/50 was published in the journal *Psychopharmacology*.

**How long does it take for Akävar -20/50 to work?**
You will probably notice the energy-enhancing effects of Akävar-20/50 the first time you use it. And you can expect significant, visible results within a few short weeks. If you add a sensible eating and exercise plan, you can expect results even sooner!

**How much weight can I expect to lose?**
The results will vary depending on the physiology and metabolism of each individual. Eating and exercise habits also play an important role in an individual's success.

**Do I need to diet and exercise when using Akävar -20/50?**
The clinical studies proving Akävar-20/50's effectiveness as a weight-loss tool were conducted without a prescribed diet and exercise regimen... the active compound in Akävar-20/50 reduced caloric intake automatically! However, eating sensibly and exercising regularly is always a good idea and should help Akävar-20/50 work even better! Nevertheless, Akävar-20/50's active weight-loss compound produced automatic caloric restriction.

**Can anyone take Akävar -20/50?**
Akävar-20/50 is a revolutionary compound intended for otherwise healthy people who need to lose weight but who have no medical problems. People who have hypertension, high blood pressure, diabetes, heart trouble, or who are sensitive to stimulants or caffeine should check with their health-care professional before taking Akävar-20/50. If you have any doubts about whether you should take Akävar-20/50, consult your health-care professional.

**Are there any clinical studies?**
In a six-week, double-blind clinical trial, 46 overweight subjects were divided into two groups. Group A received the active Akävar-20/50 weight-loss compound. Group B received a placebo (an inert sugar pill). Both groups were instructed to take their assigned capsules with a glass of water 15 minutes before the main meals of the day and not to change their normal eating habits or exercise routine. At the conclusion of the six-week study the data was independently verified and reviewed. The results were astounding! Group A (the Akävar-20/50 group) experienced a significant decrease in overall body weight– an incredible 1603% more weight loss (over 16 TIMES more) than those who took a placebo – without following a complicated diet program or following a prescribed exercise regimen. (Of course, a healthy diet and regular exercise are always a good idea, and should help any weight-loss product work even better.) In other words, the active ingredients in Akävar-20/50 reduced caloric intake automatically. Every single person who took the active Akävar-20/50 compound lost a significant amount of weight... except one. That's right... 23 out of 24 people lost a substantial amount of weight! But there's more! Not one of the subjects who continued taking the active Akävar-20/50 weight-loss compound for a period of one full year experienced rebound weight gain. Not one! In other words, the active ingredients in Akävar-20/50 caused easy, automatic, permanent weight loss without calorie counting and without diet rebound.

BR10759-1

©2007 All Rights Reserved

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV09- 3730 MMM (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS**   (Check box if you are representing yourself ☐)

NICOLE FORLENZA and SHAIDEN MONROE, individually, etc.

**DEFENDANTS**

DYNAKOR PHARMACAL, LLC, an entity of unkhown origin, et al.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Scott J. Ferrell, Bar No. 202091
Call, Jensen & Ferrell, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000

Attorneys (If Known)

**II.   BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.   ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V.   REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☒ Yes ☐ No        **MONEY DEMANDED IN COMPLAINT: $** 5,000,000 +

**VI.   CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

California Civil Code section 1770 et.seq., fraud, and unjust enrichment.

**VII.   NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☒ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**FOR OFFICE USE ONLY:**   Case Number:

CV09-3730

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2
CCD-JS44

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No    [ ] Yes

If yes, list case number(s):

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No    [ ] Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    [ ]    A. Arise from the same or closely related transactions, happenings, or events; or

[ ]    B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]    C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]    D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]    Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]    Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Utah, Pennsylvania | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved.

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):**  _____    Date May 26, 2009

Scott J. Ferrell

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |