# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-03730 MMM (SSx) | Date June 12, 2009 |

Title   *Forlenza et al. v. Dynakor Pharmacal, LLC et al.*

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **Order Advancing Briefing Schedule**

On May 28, 2009, plaintiffs filed a motion for preliminary injunction. The motion is currently scheduled for hearing on July 13, 2009. The court hereby advances the briefing schedule on plaintiffs' motion. Any opposition by defendants must be filed no later than **June 26, 2009**. Any reply by plaintiffs must be filed no later than **July 3, 2009.** The court requests that the parties deliver a conformed courtesy copy to **chambers** in the **Roybal Building** by 12 noon on the day after filing.